THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRET SPENCER, | CASE NO. C25-0043-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MELANIE MEYER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to stay service and summons obligations for 30 days (Dkt. No. 8) and motion for leave to amend (Dkt. No. 9). As to the first, to stay service based on the pendency of Freedom of Information Act request(s), the Court finds good cause to EXTEND the 90-day service deadline, Fed. R. Civ. P. 4(m), by an additional 30 days. As to the second, this request is unnecessary and premature. Because service has not yet occurred, leave is not required. In other words, Plaintiff may freely amend his complaint until he effects service. However, once he has served a defendant, he may only amend his complaint once within 21 days of service, without having to seek the Court's leave. *See* Fed. R. Civ. P. 15(a)(1). If Plaintiff later seeks to amend outside of the circumstances provided in Rule 15(a)(1), he must then seek leave of the Court to do so. But the Court will not consider a prospective request for

amendment sometime in the future.

The Clerk is DIRECTED to terminate docket numbers 8 and 9.

DATED this 19th day of February 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
