THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRET SPENCER,<br><br>              Plaintiff,<br><br>   v.<br><br>MELANIE MEYER, *et al.*,<br><br>              Defendants. | CASE NO. C25-0043-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Notice of Proposed Schedule to Amend and Complete Service (Dkt. No. 12). Through this notice, it appears Plaintiff is requesting an extension of the Rule 4(m) service deadline—to at least May 30, 2025. (*See id.* at 2.) Finding good cause, the Court EXTENDS the deadline to this date. *See* Fed. R. Civ. P. 4(m). However, the Court cautions Plaintiff it is unlikely to grant a further extension.

Moreover, the Court reminds Plaintiff to submit to the Court an affidavit demonstrating compliance with the service rules. *See* Fed. R. Civ. P. 4(l). Absent such an affidavit, the Court will dismiss the matter without prejudice for failure to prosecute. *See N.W. Laborers Employers Health & Sec. Tr. v. Pro Clean NW LLC*, 2024 WL 5075179, slip op. at 1 (W.D. Wash. 2024) (dismissing case on such grounds); *see also Amazon.com, Inc. v. Wong*, 2021 WL 4948161, slip

op. at 1 (W.D. Wash. 2021) (describing the Court's authority "to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars for the District Courts.") (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962)).

DATED this 7th day of April 2025.

          Ravi Subramanian
          Clerk of Court

          s/Kathleen Albert
          Deputy Clerk